**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK MILFORD PECK,
    Petitioner,
    vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
    Respondent.

No. 68827

**FILED**

DEC 0 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

Cause appearing, petitioner's motion for a voluntary dismissal of this petition is granted. This petition is dismissed. *See* NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Frank Milford Peck
       Attorney General/Carson City
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-36773